**634**

## FOURTH DISTRICT.

The People ex rel. Leo Sauget, appellee, v. John N. Wuest and Martin Schnipper, appellants.

Opinion filed February 1, 1929. Stay order terminated June 27, 1929.

P. K. Johnson and Farmer & Klingel, for appellants. D. E. Keefe and Thos. L. Fekete, Jr., for appellee; Keefe & Listeman, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Catherine Wolz, appellee, v. East Side Levee & Sanitary District, appellant.

Opinion filed June 5, 1929. Rehearing denied July 16, 1929.

Harry Faulkner, for appellant. E. L. Maher and J. B. Harris, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Maude Grant, appellant, v. Z. Z. Lyerla and T. F. Aldridge, appellees.

Opinion filed June 5, 1929. Rehearing denied July 16, 1929.

C. C. Crawford and Hosea V. Ferrell, for appellant; John Hay, of counsel. H. A. Spann and R. Wallace Karraker, for appellees.

Mr. Presiding Justice Barry delivered the opinion of the court.

Mary Walker, appellee, v. Robert Cossey, Admr., appellant.

Opinion filed June 5, 1929.

Clarence O. Conley, H. E. Evans and Clarence E. Soward, for appellant. Grover E. Holmes, for appellee.

Mr. Justice Newhall delivered the opinion of the court.